ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806
zenia@jacksonsquarelaw.com

Attorney for Defendant
KEVIN DENNIS GOLDEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00115-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE HEARING ON MOTION TO SUPPRESS EVIDENCE AND REQUEST FOR <u>EVIDENTIARY HEARING</u> |
| v. | |
| KEVIN DENNIS GOLDEN, | [Excludable Time: 18 U.S.C. § 3161(h)(1)(D) through disposition] |
| Defendant. | Date:<br>Time:<br>Judge: Hon. Garland E. Burrell Jr. |

THE PARTIES HEREBY STIPULATE AND AGREE that the hearing on Defendants Motion to Suppress Evidence and Request for Evidentiary Hearing presently set for November 15, 2013, shall be continued to December 20, 2013. It is further stipulated and agreed that Defendant's Reply to the Government's Opposition to his motion shall be filed no later than November 29, 2013.

STIPULATION AND PROPOSED ORDER TO RESCHEDULE HEARING ON MOTION TO SUPRESS - 1

As the motion was filed on September 5, 2013, time is excluded under the Speedy Trial Act pursuant to *18 U.S.C. section 3161(h)(1)(D)* until the conclusion of the hearing or other disposition of the motion. This request is due in part to a modification in the briefing schedule allowing the Government an additional five days to file an Opposition to Defendant's motion with the understanding that counsel for defendant may thereafter require additional time to respond. Therefore, the parties agree that *18 U.S.C. section 3161(h)(7)(A)*and*(B)(iv)* establishes an additional basis for the exclusion of time under the Speedy Trial Act, thus providing counsel with the reasonable time necessary to respond to the Government's Opposition.

| | |
|---|---|
| */S/Jill M. Thomas* | */S/Zenia K. Gilg* |
| JILL M. THOMAS | ZENIA K. GILG |
| Assistant U.S. Attorney | Attorney for Defendant |
| UNITED STATES ATTORNEY'S OFFICE | KEVIN DENNIS GOLDEN |
| Dated: November 1, 2013 | Dated: November 1, 2013 |

**IT IS SO ORDERED.**

**Dated: November 1, 2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge